ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave, Suite 204
Phoenix, Arizona 85003
(602)682-2608

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KEVIN P. LAMB<br>BRENDA L. LAMB,<br><br>             Debtors. | In Proceedings under Chapter 11<br><br>Case No. 4:08-bk-15681-CGC<br><br>**MOTION TO CONVERT OR DISMISS CASE** |

The United States Trustee for the District of Arizona (the "UST"), in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby respectfully moves this Court to enter an order to have this case either dismissed or converted to a proceeding under Chapter 7 of the Bankruptcy Code.

This motion is supported by the entire record of this case and the grounds more specifically set forth in the attached Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this 3rd day of November, 2009.

                                     ILENE J. LASHINSKY
                                     United States Trustee
                                     District of Arizona


                                   /s/ ekb (024174)
                                   EDWARD K. BERNATAVICIUS
                                   Trial Attorney

MEMORANDUM OF POINTS AND AUTHORITIES

A.  FACTUAL BACKGROUND

1. Kevin and Brenda Lamb ("Debtors") filed their voluntary petition under Chapter 12 of the bankruptcy code on November 4, 2008. The case was converted to a proceeding under chapter 11 of the code on December 5, 2008.

2. *The Debtors have not filed a plan or corresponding disclosure statement in this case.* Failure to prosecute a chapter 11 case in an expeditious manner is cause to dismiss or convert the case. In re Nugelt, 142 B.R. 661, 665 (D. Del. 1992); In re Wood, 68 B.R. 613, 617 (Bankr. D. Hawaii 1986).

3. The Debtor is delinquent in filing monthly operating report from January 2009 through October 2009. *The Debtors have filed only one operating report during the entire pendency of their case.*

4. The Debtors are delinquent in paying quarterly fees through the 3rd quarter 2009 2009 in the amount of $1,312.18. The actual amount of quarterly fees is unknown at this time as the Fee Information Collection System ("FICS") balance is predicated upon minimum monthly estimates. *The Debtors have failed to pay any quarterly fees in this case.*

5. The Debtors appear to be administratively insolvent. The Debtors have been in bankruptcy for approximately one year and have been unable to effectuate a plan of reorganization or comply with their obligations as a debtor-in-possession.

B.  LEGAL ANALYSIS

Pursuant to Section 1112(b) of the Bankruptcy Code, a Bankruptcy Court may dismiss or convert a Chapter 11 case for "cause." The enumerated grounds for dismissal or conversion to Chapter 7 are set forth in Section 1112(b) and include:

> (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;
> ...
> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;
> ...

>
> (H) failure timely to provide information or attend meetings reasonably requested by the United States trustee;
>
> ...
>
> (J) failure to file a disclosure statement, or to file or confirm a plan within the time fixed by this title or by order of the court;
>
> (K) failure to pay any fees or charges required under chapter 123 of title 28
>
> ....

11 U.S.C. § 1112(b)(4).

It is clear that courts have wide discretion in determining what constitutes such cause. See In re Johnston, 149 B.R. 158, 160 (9th Cir. BAP 1992); Matter of Nugelt, Inc., 142 B.R. 661, 665 (Bankr. D. Del. 1992) (citing In re Berryhill, 127 B.R. 427, 430 (Bankr. N.D. Ind. 1991)).

The UST asserts that sufficient cause exists to grant this Motion under any of the foregoing elements of Section 1112(b). Debtor's administrative deficiencies of failing to file monthly operating reports constitutes cause for, or weighs heavily in favor of, conversion. See In re Cohoes Industrial Terminal, Inc., 65 B.R. 918, 921 (Bankr. S.D. N.Y. 1986) (stating debtor's failure to: (1) file monthly financial reports; (2) obtain insurance to cover estate assets; and (3) file a plan or take other demonstrative steps to reorganize comprises cause to convert or dismiss); see also Matter of Nugent, 142 B.R. at 667-68 (stating failure to file monthly reports, pay quarterly fees, and effectuate a plan was cause for dismissal); In re Wood, 68 B.R. 613, 617 (Bankr. D. Haw. 1986) (holding failure to file monthly reports constitutes "cause" to dismiss a Chapter 11 case); In re Berryhill, 127 B.R. at 433 (imposing the "penalty of dismissal" for the debtor's recurring failures to comply with procedural rules and orders); In re Hi-Toc Development Corp., 159 B.R. 691, 693 (S.D.N.Y. 1993) (stating failure to fulfill statutory duties and pay taxes may be considered in the decision to convert or dismiss). In addition, the failure to prosecute a Chapter 11 case in an expeditious manner also comprises such cause. Wood, 68 B.R. at 617.

CONCLUSION

Debtors in this case, as a debtor-in-possession, are in charge of a bankruptcy estate that is not under the direct supervision of a trustee. A system of checks and balances has been set up to ensure that debtors fulfill their fiduciary responsibilities and are accountable. As a result, Debtors must ensure that they comply with the administrative duties of filing its monthly operating reports, paying

quarterly fees in a timely manner, and effecting a plan of reorganization. The failure of Debtors to do so is clearly cause under 11 U.S.C. § 1112(b) for dismissal or conversion of this case.

WHEREFORE, the UST respectfully requests that this Court enter an order either converting this case to a chapter 7 proceeding or to dismiss this case.

RESPECTFULLY SUBMITTED this 3rd day of November, 2009.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ ekb (024174)
EDWARD K. BERNATAVICIUS
Trial Attorney

Copy of the foregoing mailed the
3rd day of November, 2009 to:

**KEVIN AND BRENDA LAMB**
923 W. VIA DE ARBOLES
QUEEN CREEK, AZ 85242

/s/ Connie Hoover
Connie Hoover